# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OWENS, )<br>)<br>        Plaintiff )<br>)<br>        v. )<br>)<br>CAPITAL ONE BANK (U.S.A.), N.A., )<br>)<br>        Defendant )| **Case No.: 2:16-cv-06434-PA-JC** |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

Date: 06-01-2017

By: /s/ Amy L. B. Ginsgurg
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
215-540-8888, ext. 167
aginsburg@creditlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg,, Esquire, do certify on June 2, 2017 served a true and correct copy of my Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Hunter R Eley, Esq.
Doll Amir and Eley LLP
1888 Century Park East Suite 1850
Los Angeles, CA 90067
310-557-9100
Fax: 310-557-9101
Email: heley@dollamir.com

Chelsea Lynn Diaz, Esq.
Doll Amir and Eley LLP
1888 Century Park East Suite 1850
Los Angeles, CA 90067
310-537-9100
Fax: 310-557-9101
Email: cdiaz@dollamir.com

Date: 06-01-2017                By: /s/ Amy L. B. Ginsgurg
                                Amy L. B. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                215-540-8888, ext. 167
                                aginsburg@creditlaw.com
                                Attorney for Plaintiff